Official Form 17
(12/04)

# United States Bankruptcy Court
## Southern District of New York

In re  **Mary Veronica Santiago-Monteverde**                     Case No.  **11-15494-jmp**
                                    Debtor(s)                    Chapter   **7**

## NOTICE OF APPEAL

**Mary Veronica Santiago-Monteverde**, the debtor, appeals under 28 U.S.C.§ 158(a) or (b) from the judgments, orders or decrees of the bankruptcy judge (1) denying her motion to convert her case to Chapter 13 (ECF No. 121) and (2) authorizing the Chapter 7 trustee to assign and sell all of her bankruptcy estate's rights in the rent-stabilized lease of her apartment at 199 E. 7th Street, Apt. 1A, New York, NY 10009 (ECF No. 122) entered in this contested matter on the  **15th**  day of  **January** ,  **2014** .
                                                                (month)              (year)

The names of all parties to the judgments, orders or decrees appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Mary Veronica Santiago-Monteverde, Debtor and Appellant**

**John S. Pereira, Chapter 7 Trustee and Appellee**

**Kathleen G. Cully PLLC**
**Attorney for Debtor**
**180 Cabrini Blvd., #128**
**New York, NY 10033-1167**
**(212) 447-9882**

**Ronald J. Mann**
**Attorney for Debtor**
**435 W. 116th Street**
**New York, NY 10027**
**(212) 854-1570**

**Pereira & Sinisi, LLP**
**Attorneys for Chapter 7 Trustee**
**405 Lexington Avenue**
**7th Floor**
**New York, NY 10174**
**(212) 758-5777**

Dated: **January 28, 2014**

Signed:   **/s/ Kathleen G. Cully**
          Attorney for Appellant (or Appellant, if not represented by an Attorney)
Attorney Name:  **Kathleen G. Cully**
Address:  **180 Cabrini Blvd., #128**
          **New York, NY 10033-1167**
Telephone No:  **(212) 447-9882**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*